# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO YSIDRO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL RULE,<br><br>　　　　Defendant. | Case No. 5:18-cv-01443 PA (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received.

IT THEREFORE IS ORDERED that

(1) the Report and Recommendation of the Magistrate Judge is accepted and adopted;

(2) plaintiff's motion for summary judgment is denied;

(3) defendant's motion for summary judgment is granted;

(4) all claims against defendant in his official capacity are dismissed; and

(5) that judgment be entered dismissing this action without prejudice for lack of subject matter jurisdiction.

DATED: November 14, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE