# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO YSIDRO TORRES,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMUEL RULE,<br><br>   Defendant. | Case No. 5:18-cv-01443 PA (AFM)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

   IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED:  November 14, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE